UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Trustees of Ohio Bricklayers**
**Health and Welfare Fund,** *et al.*,

      **Plaintiffs,**

  v.                                Case No. 2:15–cv–3053
                                       Judge Michael H. Watson
**CMI, Inc.,**                         Magistrate Judge King

      **Defendant.**

## ORDER

This is an action under 29 U.S.C. §§ 185, 1132 for delinquency assessments in connection with Defendant's alleged failure to make timely fringe benefit contributions to employee benefits funds.  On January 15, 2016, United States Magistrate Judge King recommended that Plaintiffs' Motion for Default Judgment, ECF No. 7, be granted.  Report and Recommendation ("R&R"), ECF No. 8.

Magistrate Judge King notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).  R&R 3, ECF No. 8.  Magistrate Judge King further specifically advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of the right to *de novo* review by the District Judge as well as a waiver of the right to appeal the decision of the District Court adopting the R&R.  *Id.*  The deadline for filing such objections has passed, and no objections were filed.

Having received no objections, the Court **ADOPTS** the Report and Recommendation, ECF No. 8, and **GRANTS** Plaintiffs' Motion for Default Judgment, ECF No. 7.

The Clerk is **DIRECTED** enter default judgment against Defendant CMI, Inc., in the amount of Ten Thousand Six Hundred Nineteen Dollars and Twenty-Eight Cents ($10,619.28) and attorneys' fee and costs in the amount of Two Thousand Two Hundred Thirty-Three Dollars and Forty-Three Cents ($2,233.43).

The Clerk shall terminate the case.

**IT IS SO ORDERED.**

_/s/ Michael H. Watson_
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**